**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | CR 05-50104-1-PHX-DGC |
| Plaintiff, ) | |
| vs. ) | |
| Carlos D. Lewis, ) | **ORDER** |
| Defendant. ) | |

A detention hearing and a preliminary revocation hearing on the Petition on Supervised Release were held on October 21, 2005.

**THE COURT FINDS** that the Defendant has knowingly, intelligently, and voluntarily waived his right to a detention hearing and a preliminary revocation hearing and has consented to the issue of detention being made based upon the allegations in the Petition.

**THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 46(c) FED.R.CRIM.P. that he is neither a serious flight risk nor a danger to the community. United States v. Loya, 23 F.3d 1529 (9th Cir. 1994).

1     **IT IS ORDERED** that the Defendant shall be detained pending further order of the
2 court.
3     DATED this   day of October, 2005.

                                                            */s/ Lawrence O. Anderson*
                                                             Lawrence O. Anderson
                                                             United States Magistrate Judge

- 2 -